**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1204

ANITA J. SHELTON,

    Plaintiff - Appellant,

  and

IMMOGENE WILLIAMS DANIELS, Deceased,

    Plaintiff,

  v.

ROBERT BLANE CROOKSHANK; ANDRE MALTAVO, The Department of Justice (DOJ); THE DEPARTMENT OF HOMELAND SECURITY; THE FEDERAL BUREAU OF INVESTIGATION; RITA COURMAN, The United States Postal Service (USPS); THE FEDERAL COMMUNICATIONS COMMISSION; JAMES MICHAEL RICKARD, Federal Police Officer, Unknown Facility; GOVERNOR'S OFFICE; CAPTAIN WHITE, WV State Police Professional Standards Office; WV COURT OF APPEALS; WV JUDICIAL INVESTIGATIVE COMMITTEE; WV LAWYERS DISCIPLINARY BOARD; WV NURSING BOARD; SGT. BURKHART, The West Virginia State Police Martinsburg Detachment; TROOPER TW COOK, The West Virginia State Police Martinsburg Detachment; SGT. SIMS, The West Virginia State Police Martinsburg Detachment; TROOPER BOWMAN, The West Virginia State Police Martinsburg Detachment; SGT MORTON, The West Virginia State Police Charles Town Detachment; SGT. MYERS, The West Virginia State Police Charles Town Detachment; SGT ANDERSON, The West Virginia State Police; 1ST SGT DILLON, Eastern Panhandle Violent Crime and Drug Task Force; SGT BOOBER, Eastern Panhandle Violent Crime and Drug Task Force; DERRICK ENGLISH, Eastern Panhandle Violent Crime and Drug Task Force; FORMER PROSECUTOR PAMELA GAMES NEELY, The County of Berkeley, West Virginia; HEATHER DEEDS, Victim Advocate - Prosecuting Attorney's Office; JUDGE SALLY G. JACKSON, Family Court; ATTORNEY ROBERT C. STONE; ATTORNEY JOSEPH BROPHY CORDELL; MICHAEL LORENSON, Circuit Court;

MICHAEL LAING, Bailiff, Family Court; DEPUTY DAN MCGOWAN, Family Court Security; FORMER SHERIFF LEMASTER; DEPUTY YOUNG, The Berkeley County Sheriff's Department; DEPUTY PERKINS, The Berkeley County Sheriff's Department; CHIEF INVESTIGATOR GARY HARMISON, The Berkeley County Sheriff's Department; DEPUTY DAN MCGOWAN, The Berkeley County Sheriff's Department; HOSPICE OF THE EASTERN PANHANDLE; ATTORNEY GENERAL OF MARYLAND; MARYLAND CORRECTIONAL TRAINING CENTER CORRECTIONAL OFFICERS, UNNAMED AT THIS TIME, The State of Maryland Division of Corrections; MARYLAND DEPARTMENT OF HEALTH THAT OVERSEAS NURSING HOME SAFETY; WAL-MART HEADQUARTERS; KMART CORPORATION CORPORATE OFFICE & HEADQUARTERS; KRIS WIEBOLD; JANIE WIEBOLD; BRIAN MULLIGAN; TERRY MULLIGAN; ANTHONY MORGAN; PERSONS KNOWN ONLY BY THE FIRST NAMES OR ONE NAME OR TOTALLY UNKNOWN TO PLAINTIFF,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:17-cv-00108-GMG)

Submitted:  September 27, 2018                    Decided:  November 21, 2018

Before MOTZ, KEENAN, and DIAZ, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Anita J. Shelton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita J. Shelton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).[*] We have reviewed the record and find no reversible error. Although the district court dismissed without prejudice Shelton's claims as to some Defendants for lack of subject-matter jurisdiction, we conclude that the court had jurisdiction, but that Shelton's claims nevertheless were meritless. Accordingly, we affirm the district court's order as modified to reflect that Shelton's claims against Robert C. Stone, Joseph Brody Cordell, the Hospice of the Eastern Panhandle, Kris Wiebold, Janie Wiebold, and Anthony Morgan are dismissed with prejudice. *Shelton v. Crookshank*, No. 3:17-cv-00108-GMG (N.D.W. Va. Jan. 24, 2018). We deny Shelton's motion to unseal, as the docket entry at issue is not sealed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

---

[*] The district court's dismissal without prejudice for lack of personal jurisdiction is final and appealable because Shelton could not correct the jurisdictional defects in her complaint simply by providing additional factual detail. *See Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 624 (4th Cir. 2015).